FILED

2019 MAR 19 PM 2:40

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JERRELL EUGENE ANDERSON,<br>CHRISTOPHER CANION VAN HOLTON,<br>ADAN SEPULVEDA,<br>KENNETH LASHAWN HADLEY,<br>JACKIE WALTER BURNS,<br><br>    Defendants. | CR No. 19- CR 19-00163-GW<br><br>I N D I C T M E N T<br><br>[21 U.S.C. § 846: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances; 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), (b)(1)(B)(viii), (b)(1)(C): Distribution of and Possession with Intent to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1), (b)(1)(C): Distribution of Heroin Resulting in Death; 21 U.S.C. § 841(a)(1), (b)(1)(B)(i), (b)(1)(C): Possession with Intent to Distribute Heroin; 21 U.S.C. § 841(a)(1), (b)(1)(C): Distribution of Cocaine Base; 21 U.S.C. § 841(a)(1), (b)(1)(C): Possession of Cocaine with Intent to Distribute; 18 U.S.C. § 924(c)(1)(A)(i): Possession of a Firearm in Furtherance of a Drug Trafficking Crime; 18 U.S.C. § 2(a): Aiding and Abetting; 18 U.S.C. § 2(a), (b): Aiding and Abetting and Causing an Act to be Done] |

The Grand Jury charges:

## COUNT ONE

[18 U.S.C. § 846]

A. OBJECTS OF THE CONSPIRACY

Beginning on a date unknown to the Grand Jury, and continuing until on or about March 4, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendants JERRELL EUGENE ANDERSON ("ANDERSON"), CHRISTOPHER CANION VAN HOLTON ("VAN HOLTON"), ADAN SEPULVEDA ("SEPULVEDA"), KENNETH LASHAWN HADLEY ("HADLEY"), and JACKIE WALTER BURNS, and others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally commit the following offenses:

- distribute and possess with intent to distribute at least 50 grams of methamphetamine, a schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii);

- distribute and possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a schedule I narcotic drug controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C);

- distribute a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II narcotic drug controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C); and

- possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a schedule II narcotic drug controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

B. MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED

The objects of the conspiracy were to be accomplished, in substance, as follows:

1. Defendant ANDERSON, and others known and unknown, using the monikers "drugpharmacist" and "rickandmortyshop," would offer for sale and sell drugs - including methamphetamine, heroin, cocaine, and crack cocaine - to customers in exchange for the cryptocurrency Bitcoin on the darknet marketplaces Dream and Wall Street Market.

2. Defendants ANDERSON, VAN HOLTON, SEPULVEDA, HADLEY, and BURNS, and others known and unknown, would package drugs in stuffed animals for shipment to "drugpharmacist" and "rickandmortyshop" customers.

3. Defendants ANDERSON, VAN HOLTON, SEPULVEDA and HADLEY, and others known and unknown, would deliver packages containing drugs ("drug parcels") to post offices in Los Angeles County for shipment to "drugpharmacist" and "rickandmortyshop" customers.

C. OVERT ACTS

On or about the following dates, in furtherance of the conspiracy and to accomplish its objects, defendants ANDERSON, VAN HOLTON, SEPULVEDA, HADLEY, and BURNS, and others known and unknown, committed various overt acts in Los Angeles County, with in the Central District of California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1:    On or about July 7, 2018, using the moniker "drugpharmacist" on the darknet marketplace Wall Street Market, defendant ANDERSON, and others known and unknown, caused a drug

parcel containing approximately 8.1 grams of methamphetamine to be shipped to a "drugpharmacist" customer in Torrance, California.

Overt Act No. 2:   On or about July 17, 2018, in Los Angeles County, using the moniker "drugpharmacist" on the darknet marketplace Dream, defendant ANDERSON, and others known and unknown, caused a drug parcel containing approximately 3.7 grams of methamphetamine to be shipped to an individual they believed to be a "drugpharmacist" customer but who was, in fact, an undercover detective with the Fairfax, Virginia Police Department ("UC-1") for $78 in Bitcoin.

Overt Act No. 3:   On or about August 1, 2018, in Los Angeles County, using the moniker "drugpharmacist" on Dream, defendant ANDERSON, and others known and unknown, caused a drug parcel containing approximately 16 grams of methamphetamine to be shipped to UC-1 for $234 in Bitcoin.

Overt Act No. 4:   On or about August 7, 2018, in Los Angeles County, defendant ANDERSON, and others known and unknown, caused a drug parcel containing approximately 0.2 grams of a mixture and substance containing a detectable amount of heroin to be shipped to J.W. in Knoxville, Tennessee.

Overt Act No. 5:   On or about August 7, 2018, at a post office on Winnetka Avenue in Los Angeles, defendant SEPULVEDA delivered drug parcels for shipment to customers, including a drug parcel containing 0.2 grams of a mixture and substance containing a detectable amount of heroin to J.W. in Knoxville, Tennessee.

Overt Act No. 6:   On or about August 12, 2018, in Los Angeles County, using the moniker "drugpharmacist" on Dream, defendant ANDERSON, and others known and unknown, caused a drug parcel

4

containing approximately 32.8 grams of methamphetamine to be shipped to UC-1 for $442 in Bitcoin.

Overt Act No. 7: On or about August 19, 2018, in Los Angeles County, using the moniker "drugpharmacist" on Dream, defendant ANDERSON, and others known and unknown, caused a drug parcel containing approximately 2 grams of a mixture and substance containing a detectable amount of heroin to be shipped to UC-1 for $213 in Bitcoin.

Overt Act No. 8: On or about August 20, 2018, at a Home Depot store in the Woodland Hills area of Los Angeles, defendants ANDERSON and VAN HOLTON purchased supplies for packaging drug parcels for approximately $87.11.

Overt Act No. 9: On or about August 20, 2018, at an apartment on Sherman Way in the Winnetka area of Los Angeles, defendants ANDERSON, VAN HOLTON, SEPULVEDA, and HADLEY, and others known and unknown, packaged drug parcels for shipment to customers.

Overt Act No. 10: On or about August 20, 2018, at a post office in the Canoga Park area of Los Angeles, defendant SEPULVEDA delivered drug parcels for shipment to customers, including a drug parcel containing approximately 1.3 grams of a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine.

Overt Act No. 11: On or about August 20, 2018, at a post office in the Reseda area of Los Angeles, defendants ANDERSON and VAN HOLTON delivered drug parcels for shipment to customers, including a drug parcel containing approximately 7.5 grams of methamphetamine and approximately 0.25 grams of a mixture and substance containing a detectable amount of heroin.

Overt Act No. 12: On or about August 24, 2018, at a Staples store in Woodland Hills, defendants ANDERSON and VAN HOLTON purchased supplies for shipping drug parcels for approximately $495.88.

Overt Act No. 13: On or about August 30, 2018, in Los Angeles County, using the moniker "drugpharmacist" on Dream, defendant ANDERSON, and others known and unknown, caused a drug parcel containing approximately 31.8 grams of methamphetamine to be shipped to UC-1 for $442 in Bitcoin.

Overt Act No. 14: On or about September 12, 2018, in Los Angeles County, using the moniker "drugpharmacist" on Dream, defendant ANDERSON, and others known and unknown, caused a drug parcel containing approximately 29.5 grams of methamphetamine to be shipped to UC-1 for $442 in Bitcoin.

Overt Act No. 15: On or about September 13, 2018, at a post office in the Studio City area of Los Angeles, defendant HADLEY delivered drug parcels for shipment to customers, including a drug parcel containing approximately 29.5 grams of methamphetamine addressed to UC-1.

Overt Act No. 16: On or about September 22, 2018, at a post office in the Chatsworth area of Los Angeles, defendant ANDERSON delivered approximately 27 drug parcels for shipment to customers.

Overt Act No. 17: On or about October 12, 2018, at a post office in the Sun Valley area of Los Angeles, defendant HADLEY delivered drug parcels for shipment to customers.

Overt Act No. 18: On or about October 26, 2018, in Los Angeles County, using the moniker "rickandmortyshop" on Dream, defendant ANDERSON, and others known and unknown, caused a drug parcel containing approximately 3.5 grams of a mixture and substance

containing a detectable amount of methamphetamine to be shipped to UC-1 for $68 in Bitcoin.

Overt Act No. 19: On or about January 31, 2019, in Los Angeles County, using the moniker "drugpharmacist" on Dream, defendant ANDERSON, and others known and unknown, caused a drug parcel containing approximately 3.5 grams of a mixture and substance containing a detectable amount of methamphetamine to be shipped to an individual they believed to be a drug customer but who was, in fact, an undercover Federal Bureau of Investigation Special Agent ("UC-2") for $78.

Overt Act No. 20: On or about February 21, 2019, in Los Angeles County, using the moniker "rickandmortyshop" on Dream, defendant ANDERSON, and others known and unknown, caused a drug parcel containing approximately 3.5 grams of a mixture and substance containing a detectable amount of methamphetamine to be shipped to UC-1 for $67.60 in Bitcoin.

Overt Act No. 21: On or about March 4, 2019, in an apartment on Valley View Road in Glendale, California, defendants ANDERSON, SEPULVEDA, and BURNS possessed approximately 128 grams of a mixture and substance containing a detectable amount of methamphetamine, approximately 184 grams of a mixture and substance containing a detectable amount of heroin, and approximately 25 grams of a mixture and substance containing a detectable amount of cocaine for packaging in drug parcels and shipment to customers.

## COUNT TWO

[21 U.S.C. § 841(a)(1), (b)(1)(C); 18 U.S.C. § 2(a), (b)]

On or about August 7, 2018, in Los Angeles County, within the Central District of California, defendants JERRELL EUGENE ANDERSON and ADAN SEPULVEDA, aiding and abetting each other, knowingly and intentionally distributed, and caused to be distributed, a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, to J.W., whose death and serious bodily injury resulted from the use of such substance.

COUNT THREE

[21 U.S.C. § 841(a)(1), (b)(1)(C)]

On or about August 20, 2018, in Los Angeles County, within the Central District of California, defendant ADAN SEPULVEDA knowingly and intentionally distributed a mixture and substance containing cocaine base in the form of crack cocaine, a Schedule II narcotic drug controlled substance.

## COUNT FOUR

[21 U.S.C. § 841(a)(1), (b)(1)(B)(viii); 18 U.S.C. § 2(a)]

On or about August 20, 2018, in Los Angeles County, within the Central District of California, defendants JERRELL EUGENE ANDERSON and CHRISTOPHER CANION VAN HOLTON, aiding and abetting each other, knowingly and intentionally distributed approximately 7.5 grams of methamphetamine, a Schedule II controlled substance.

COUNT FIVE

[21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)]

On or about September 13, 2018, in Los Angeles County, within the Central District of California, defendant KENNETH LASHAWN HADLEY knowingly and intentionally distributed a mixture and substance containing approximately 29.5 grams of methamphetamine, a Schedule II controlled substance.

## COUNT SIX

[21 U.S.C. § 841(a)(1), (b)(1)(B)(viii); 18 U.S.C. § 2(a)]

On or about March 4, 2019, in Los Angeles County, in the Central District of California, defendants JERRELL EUGENE ANDERSON, ADAN SEPULVEDA, and JACKIE WALTER BURNS, aiding and abetting each other, possessed with intent to distribute at least 50 grams, that is, approximately 128 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

COUNT SEVEN

[21 U.S.C. § 841(a)(1), (b)(1)(C); 18 U.S.C. § 2(a)]

On or about March 4, 2019, in Los Angeles County, in the Central District of California, defendants JERRELL EUGENE ANDERSON, ADAN SEPULVEDA, and JACKIE WALTER BURNS, aiding and abetting each other, possessed with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

## COUNT EIGHT

[21 U.S.C. § 841(a)(1), (b)(1)(C); 18 U.S.C. § 2(a)]

On or about March 4, 2019, in Los Angeles County, in the Central District of California, defendants JERRELL EUGENE ANDERSON, ADAN SEPULVEDA, and JACKIE WALTER BURNS, aiding and abetting each other, possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule I narcotic drug controlled substance.

1  COUNT NINE

2  [18 U.S.C. § 924(c)(1)(A)(i)]

3   On or about March 4, 2019, in Los Angeles County, within the
4  Central District of California, defendant JERRELL EUGENE ANDERSON
5  knowingly possessed a firearm, namely, a Glock 29 10mm semiautomatic
6  pistol, bearing serial number VNR587, in furtherance of a drug
7  trafficking crime, namely, possession with intent to distribute
8  methamphetamine, in violation of Title 21, United States Code,
9  Section 841(a)(1), (b)(1)(B)(viii), as charged in Count Six of this
10 Indictment, possession with intent to distribute a mixture and
11 substance containing a detectable amount of heroin, in violation of
12 Title 21, United States Code, Section 841(a)(1), (b)(1)(C), as
13 charged in Count Seven of this Indictment, and possession of a
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C), as charged in Count Eight of this Indictment.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

RYAN WHITE
Assistant United States Attorney
Chief, Cyber & Intellectual
  Property Crimes Section

ROBYN K. BACON
Assistant United States Attorney
Cyber & Intellectual Property
  Crimes Section