# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:19-CR-00163-GW          Recorder: CS 04/04/2019          Date: 04/04/2019

Present: The Honorable Paul L. Abrams, U.S. Magistrate Judge

Court Clerk: Christianna Howard                    Assistant U.S. Attorney: Scott Dubois

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 2) CHRISTOPHER CANION VAN HOLTON  BOND-PRESENT | 2) AMY FAN  PANEL | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case was previously assigned to the calendar of District Judge George H. Wu.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 5/14/2019 at 9:00 AM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

    Counsel are referred to the assigned judge's trial/discovery order located on the Court's website, Judges' Procedures and Schedules.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: CH by TRB

cc: Statistics Clerk, PSALA CJA Supv Attorney